UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRM HOLDINGS, LTD and COMPENSATION RISK MANAGERS, LLC
**Plaintiff**

-v-

CORPORATE RISK MANAGEMENT, INC.

**Defendant**

Case No.

**'07 CIV 6399**

JUDGE CROTTY

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CRM HOLDINGS, LTD et al. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 11, 2007

_____
**Signature of Attorney**

Attorney Bar Code: TS-0581

Form Rule7_1.pdf