**ABELMAN, FRAYNE & SCHWAB**
Attorneys at Law
666 Third Avenue
New York, New York 10017

Telephone: (212) 949-9022
Facsimile: (212) 949-9190
e-mail@lawabcl.com

Lawrence E. Abelman
Jeffrey A. Schwab
Victor M. Tannenbaum
Peter J. Lynfield
Alan J. Hartnick
Candida Piñeiro Scordato
Michael Aschen
Julianne Abelman
Jonathan W. Gurnpori
Julie B. Seyler
Marie Anne Mastrovito
Joseph J. Catanzaro
Anthony A. Coppola
Richard L. Crisona
Ned W. Branthover
Anthony J. DiFilippo
Harry K. Ahn

Of Counsel
Norman S. Beier
Alan D. Gilliland
Thomas E. Spath
Melvin L. Ortner
Constance Golden
J. David Dainow
David Toren

Jay S. Cinamon
Wayne J. Gu
Michael Schwab
Jennifer R. Waitman
Natasha Burns
Frank Farrancella
Anthony Natalo
Steven M. Hertzberg
John Choi
*Alexander Zinchuk
*(Registered Patent Agent)

Writer's direct e-mail
aacoppola@lawabcl.com

August 3, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2007

**BY FAX TO (212) 805-6304**
The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
Chamber 735
New York, New York 10007

August 6, 2007
Application **GRANTED**
SO Ordered
[signature]
USDJ

Re: CRM Holdings, Ltd., et. al. v. Corporate Risk
    Management, Inc.; 07 Civ. 6399 (PAC)(RE)

Dear Judge Crotty:

We are counsel for the defendant, Corporate Risk Management, Inc., an are writing to request an extension of time, until September 7, 2007, for defendant to answer or otherwise respond to the Complaint which is presently due on August 7, 2007.

We believe that there is sufficient cause for granting Defendants' request and provide the following facts as justification.

We have only recently been retained as New York counsel to represent Corporate Risk Management along with counsel in Chicago, Illinois Fitch, Even, Tabin and Flannery.

The requested adjournment is necessary to allow us time to review the case, confer with co-counsel and the defendant's representatives, and prepare an appropriate response to the Complaint. To complicate matters, the undersigned will be traveling out of state for most of next week to attend court proceedings in another matter and Chicago counsel, Karl Fink, is scheduled to be on a two-week vacation starting on Monday August 6, 2007.

We have been unsuccessful in our attempts to speak with defendant's counsel to secure his consent in this regard.

No prior requests to extend defendant's time to respond to the Complaint have been made and there are presently no other scheduled dates in this matter.

Respectfully submitted,

[signature]
Anthony A. Coppola

**MEMO ENDORSED**

AC:ad
cc: Jeffrey A. Schwab, Esq.
    Karl Fink, Esq.
    Todd S. Sharrin, Esq. (counsel for defendants, by fax)