IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

CRM Holdings, Ltd. and
Compensation Risk Managers, LLC

vs.     Corporate Risk Management, Inc.

Case Number   07 CIV 6399

## AFFIDAVIT OF SERVICE

I, David Bertrand, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 18 day of July, 2007, at 01:40 PM at 350 East Odgen Avenue, Westmont, IL 60559, did serve the following document(s):

**Summons and Complaint with Exhibits and Judge's Rules**

Upon:  **Corporate Risk Management, Inc.**

By:  ☑ Personally serving to:   Joan Brown-Reception, Authorized To Accept

leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 350 East Odgen Avenue, Westmont, IL 60559 on

| Description: Sex | **Female** | Race | **White** | Approximate Age | **55** |
| Height | **5'4** | Weight | **110** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

David Bertrand
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

Signed and Sworn to
before me this          18
day of          July, 2007

Notary Public     Corey Fertel

"OFFICIAL SEAL"
COREY FERTEL
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/01/2008

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

CRM HOLDINGS, LTD. and
COMPENSATION RISK MANAGERS, LLC

**SUMMONS IN A CIVIL ACTION**

V.

CORPORATE RISK MANAGEMENT, INC.

CASE NUMBER:

**'07 CIV 6399**

*JUDGE CROTTY*

TO: (Name and address of Defendant)

Corporate Risk Management, Inc.
350 East Ogden Avenue
Westmount, Ilinois  60559

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Todd S. Sharinn
Baker & McKenzie
1114 Avenue of the Americas
New York, NY  10036

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JUL 1 3 2007

CLERK

(By) DEPUTY CLERK                     DATE