IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRM HOLDINGS, LTD., et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> CORPORATE RISK MANAGEMENT, INC. <br><br> *Defendant.* | 07-CV-6399 (PAC) <br><br> **NOTICE OF MOTION TO ADMIT KARL R. FINK <u>PRO HAC VICE</u>** |

To: Todd S. Sharinn, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036

Counsel for Plaintiff

**PLEASE TAKE NOTICE** that Defendant, Corporate Risk Management, Inc. ("Defendant"), hereby moves this Court to admit Karl R. Fink, Esq. *Pro Hac Vice*.

In support of this motion, movant submits the affidavit of Karl R. Fink with the attached Certificates of Good Standing.

Dated: September 25, 2007

Respectfully submitted,

ANTHONY A. COPPOLA (AC 3548)
ABELMAN FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017-5612
(212) 949-9022

Attorneys for Defendant,
Corporate Risk Management, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Motion to Admit Karl R. Fink, Esq. *Pro Hac Vice*, the Affidavit of Karl R. Fink and the [Proposed] Order Granting Karl R. Fink Permission to Practice *Pro Hac Vice* were served this 25th day of September, 2007 by first class mail, postage prepaid upon:

> Todd S. Sharinn, Esq.
> Baker & McKenzie LLP
> 1114 Avenue of the Americas
> New York, NY 10036
>
> Counsel for Plaintiff

_____
Anthony A. Coppola

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CRM HOLDINGS, LTD., et. al.,

                *Plaintiffs,*

v.

CORPORATE RISK MANAGEMENT, INC.

                *Defendant.*

07-CV-6399 (PAC)

**AFFIDAVIT OF KARL R. FINK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

    I, Karl R. Fink, Esq., having been duly sworn, hereby depose and state:

    1.    I am a partner in the law firm of Fitch Even Tabin & Flannery, 120 South La Salle Street, Suite 1600, Chicago, Illinois 60603-3406.

    2.    I am a member in good standing of the Bar of the State of Illinois and the District Court for the Northern District of Illinois. Attached hereto as *Exhibit 1* are Certificates of Good Standing from those Courts. I am admitted to practice in all Illinois courts.

    3.    There are no disciplinary proceedings pending against me in any jurisdiction.

    4.    I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

                                                         _____
                                                          KARL R. FINK

Sworn to before me this
24th day of September, 2007

_____
Notary Public



"OFFICIAL SEAL"
DEENA M WRONKIEWICZ
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/07/08

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Karl Regan Fink

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Karl Regan Fink was duly admitted to practice in said Court on (12/17/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/11/2007 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
    Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Karl Regan Fink

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1981 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, September 10, 2007.

*Juleann Hornyak*

Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRM HOLDINGS, LTD., et. al.,<br><br>                      *Plaintiffs,*<br><br>v.<br><br>CORPORATE RISK MANAGEMENT, INC.<br><br>                      *Defendant.* | 07-CV-6399 (PAC)<br><br>**[PROPOSED] ORDER GRANTING KARL R. FINK PERMISSION TO PRACTICE *PRO HAC VICE*** |

      The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Karl R. Fink is permitted to argue or try this particular case in whole or in part as counsel or advocate.

      This Order confirms the appearance of Karl R. Fink as counsel in this case, and it will be entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

      The attorney admitted *pro hac vice* is directed to serve a copy of this Order on all other counsel in this case.

Dated:

                                                                              _____
                                                                              United States District Judge