IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007

CRM HOLDINGS, LTD., et. al.,

*Plaintiffs,*

v.

CORPORATE RISK MANAGEMENT, INC.

*Defendant.*

07-CV-6399 (PAC)

[PROPOSED] ORDER GRANTING KARL R. FINK PERMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Karl R. Fink is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms the appearance of Karl R. Fink as counsel in this case, and it will be entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* is directed to serve a copy of this Order on all other counsel in this case.

Dated: New York, NY
October 1, 2007

/s/ Paul A. Crotty
United States District Judge