**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CRM HOLDINGS, LTD., et. al.,

                 *Plaintiffs,*

v.

CORPORATE RISK MANAGEMENT, INC.

                 *Defendant.*

07-CV-6399 (PAC)

[~~PROPOSED~~] ORDER GRANTING NICHOLAS T. PETERS PERMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Nicholas T. Peters is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms the appearance of Nicholas T. Peters as counsel in this case, and it will be entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* is directed to serve a copy of this Order on all other counsel in this case.

Dated: *New York NY*
*October 1, 2007*

_____
United States District Judge