*CROTTY, J.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRM HOLDINGS, LTD., ET. AL.<br><br>*PLAINTIFFS*<br><br>v.<br><br>CORPORATE RISK MANAGEMENT, INC.<br><br>*DEFENDANT* | Civil Action No.<br>1:07-CV-6399(PAC) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 10 2007

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE CONCERNING PLAINTIFF'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(1)**

Plaintiffs CRM Holdings, Ltd. and Compensation Risk Managers, LLC (collectively, "CRM") and defendant Corporate Risk Management, Inc. ("Corporate Risk Management"), by and through their undersigned counsel, hereby stipulate and move for a two (2) week enlargement of time for the briefing schedule pertaining to Corporate Risk Management's motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) ("the Motion") and state as follows:

1. The parties in good faith represent that they are in settlement negotiations which, if successful, will resolve all matters and things in dispute.

2. The parties reasonably estimate that an additional two (2) weeks will enable the parties to determine whether settlement is possible at this time.

3. The Court originally set the briefing schedule for the Motion at the Pre-Motion Conference held on October 1, 2007.

4. The parties stipulate that the amended briefing schedule for the Motion shall be as follows:

Corporate Risk Management's Motion to be filed on **October 23, 2007**;

CRM's Opposition to be filed by **November 14, 2007**; and

Corporate Risk Management's Reply to be filed by **November 21, 2007**.

5. This stipulation is not made for purposes of delay, and the enlargement of time will not prejudice any party.

ABELMAN FRAYNE & SCHWAB

_____
Anthony A. Coppola (AC 3548)
666 Third Avenue
New York, NY 10017
(Tel) (212) 949-9022
(Fax) (212) 949-9190

FITCH, EVEN, TABIN & FLANNERY
Karl R. Fink
Nicholas T. Peters
120 South LaSalle Street
Suite 1600 Chicago, IL 60603
(Tel) (312) 577-7000
(Fax) (312) 577-7007

Attorneys for Defendants

BAKER & McKENZIE

_____ /AAC
Todd S. Sharrin (TS 0581)
1114 Avenue of the Americas
New York, NY 10036
(Tel) (212) 891-3790
(Fax) (212) 310-1790

Attorneys for Plaintiff

SO ORDERED THIS 10th Day of October 2007

_____
UNITED STATES DISTRICT JUDGE

2