SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRM HOLDINGS, LTD. and COMPENSATION RISK MANAGERS, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CORPORATE RISK MANAGEMENT, INC.<br><br>    Defendant. | CIVIL ACTION NO. 07-CV-6399-PAC<br><br>The Honorable Judge Paul A. Crotty<br><br>**FINANCIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, the following disclosure is made on behalf of the defendant, Corporate Risk Management, Inc.:

1.    Corporate Risk Management, Inc. has no parent corporations.

2.    No publicly held corporation owns 10% or more of the stock of Corporate Risk Management, Inc.

                                                Respectfully submitted,

Dated: October 23, 2007                         s/Anthony A. Coppola
                                                Anthony A. Coppola (AC 3548)
                                                ABELMAN, FRAYNE & SCHWAB
                                                666 Third Avenue
                                                New York, New York 10017-5621
                                                Telephone: 212.949.9022
                                                Facsimile: 212.949.9190

                                                Karl R. Fink (Admitted *pro hac vice*)
                                                Nicholas T. Peters (Admitted *pro hac vice*)
                                                FITCH, EVEN, TABIN & FLANNERY
                                                120 S. LaSalle Street, Suite 1600
                                                Chicago, Illinois 60603-3406
                                                Telephone: 312.577.7000
                                                Facsimile: 312.577.7007

                                                *Attorneys for Defendant,*
                                                *Corporate Risk Management, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 23, 2007, a copy of the foregoing FINANCIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Todd S. Sharinn - Todd.S.Sharinn@Bakernet.com
BAKER & MCKENZIE
1114 Avenue of the Americas
New York, New York 10036
Tel.: (212) 891-3790
Fax: (212)0310-1790
*Attorney for Plaintiffs, CRM Holdings, Ltd., and Compensation Risk Managers, LLC.*

          s/Anthony A. Coppola
          Anthony A. Coppola (AC 3548)
          ABELMAN, FRAYNE & SCHWAB
          666 Third Avenue
          New York, New York 10017-5621
          Telephone: 212.949.9022
          Facsimile: 212.949.9190
          *Attorney for Defendant*

494595