# EXHIBIT D




### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

*Electronic System for Trademark Trials and Appeals*

# Receipt

**Your submission has been received by the USPTO.**
**The content of your submission is listed below.**
**You may print a copy of this receipt for your records.**

ESTTA Tracking number: **ESTTA121082**
Filing date: **01/23/2007**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Applicant: | **Compensation Risk Managers, LLC** |
| Application Serial Number: | **78804281** |
| Application Filing Date: | **02/01/2006** |
| Mark: | **CRM HOLDINGS** |
| Date of Publication | **01/09/2007** |

## First 90 Day Request for Extension of Time to Oppose for Good Cause

Pursuant to 37 C.F.R. Section 2.102, Corporate Risk Management, Inc., 350 East Ogden Avenue, Westmont, IL 60559, UNITED STATES, a corporation organized under the laws of Illinois, respectfully requests that it be granted a 90-day extension of time to file a notice of opposition against the above-identified mark for cause shown.

Potential opposer believes that good cause is established for this request by:

- The potential opposer needs additional time to investigate the claim

The time within which to file a notice of opposition is set to expire on 02/08/2007. Corporate Risk Management, Inc. respectfully requests that the time period within which to file an opposition be extended until 05/09/2007.

Respectfully submitted,
/John E. Lyhus/
01/23/2007
**John E. Lyhus**
**Fitch, Even, Tabin & Flannery**
**120 South LaSalle, Suite 1600**

Chicago, IL 60603-3406
**UNITED STATES**
Trademark@fitcheven.com
312.577.7000

## Return to ESTTA home page   Start another ESTTA filing

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |