# EXHIBIT H

| | |
|---|---|
| **From:** | John E. Lyhus |
| **To:** | Todd.S.Sharinn@bakernet.com |
| **Date:** | 6/29/2007 12:11 PM |
| **Subject:** | Corporate Risk Management, Inc. v. Compensation Risk Managers, LLC - Opp. No. 91175833 |
| **CC:** | Darlene Wallace; Joseph Nabor |

Re: Interrogatories, Document Requests and Protective Order

Todd,

On May 17, 2007, we served a first set of Interrogatories and Request for Documents and Things on Compensation Risk Managers, LLC. We have not yet received responses or production of documents, which were due June 21, 2007. TBMP Section 527.01(c) provides for the waiver of objections to discovery where a party makes untimely responses to discovery requests.

In addition, to further the exchange of information between the parties, on May 17, 2007 we also sent a draft Protective Order based on the model form available on the TTAB website. We have not received any comments or proposed revisions to this draft.

Corporate Risk Management requires responses and production of documents to prepare its case involving the parties' respective CRM marks, and to consider the basis for potential settlement, if reasonable. In the interest of moving the case forward, please let us know of any reason why we cannot expect your client's responses to the Interrogatories and Request for Documents by no later than July 3, 2007 **without raising objections**. By this same date, we also ask for the execution of the Protective Order as presented, or comments and proposed revisions.

We look forward to resolving this matter. Please contact us with any questions or if you would like to further discuss any aspect of this proceeding.

Best regards,
John Lyhus


John E. Lyhus
Fitch, Even, Tabin & Flannery
120 S. LaSalle Street
Chicago, IL  60603-3406
312-577-7000
fax: 312-577-7007
jelyh@fitcheven.com

This e-mail, as well as the documents accompanying this e-mail, contain information from the law firm of Fitch, Even, Tabin & Flannery which may be confidential and/or legally privileged. These documents are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient or an agent responsible for delivering these documents to the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received this e-mail in error, please immediately notify the Firm at 312-577-7000 and delete or destroy all electronic or hard copies of the email and any attachments thereto. Thank you.