# EXHIBIT I

Case 1:07-cv-06399-PAC    Document 12-10    Filed 10/23/2007    Page 1 of 5

# John E. Lyhus - RE: Corporate Risk Management, Inc. v. Compensation RiskManagers,LLC - Opp. No. 91175833

| | |
|---|---|
| **From:** | "Sharinn, Todd S." <Todd.S.Sharinn@BAKERNET.com> |
| **To:** | "John E. Lyhus" <jelyh@fitcheven.com> |
| **Date:** | 7/3/2007 12:33 PM |
| **Subject:** | RE: Corporate Risk Management, Inc. v. Compensation RiskManagers,LLC - Opp. No. 91175833 |
| **CC:** | "Talke, Julia R." <julia.r.talke@bakernet.com>, "Darlene Wallace" <DWallace@fitcheven.com>, "Joseph Nabor" <Jtnabo@fitcheven.com>, "Dawn Stewart" <dstewart@trustcrm.com>, "Lou Viglotti" <lviglotti@trustcrm.com> |

Dear John,

Obviously we have a differing view of how our conversations have gone. That said, we will not agree to waive our right to object. Rather, we will seek a four week extension of time to respond to your client's discovery requests. If your client chooses to contest the extension, that is your client's prerogative.

Lets set the record straight with regard to settlement discussions, I have tried to open conversations on several occasions and have been dismissed by you at each juncture. As you may have heard, settlement requires compromise by both parties -- not just a unilateral act by one.

Have a very nice holiday. We look forward to hearing back from you upon your return.

Best regards,

Todd
Todd S. Sharinn
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: + 1 212 891 3790
Fax: +1 212 310 1790
Cel: +1 917 282 5546
todd.s.sharinn@bakernet.com

---

**From:** John E. Lyhus [mailto:jelyh@fitcheven.com]
**Sent:** Tuesday, July 03, 2007 2:34 PM
**To:** Sharinn, Todd S.
**Cc:** Talke, Julia R.; Darlene Wallace; Joseph Nabor; Dawn Stewart; Lou Viglotti
**Subject:** RE: Corporate Risk Management, Inc. v. Compensation RiskManagers,LLC - Opp. No. 91175833

Todd,

We never had any telephone discussion in which a request for additional time to respond to discovery or interrogatories was made, and in checking our files we do not have the usual letter confirming such understandings - a prudent practice, particularly when contemplating an open ended extension of time such as the one suggested in your email.

In regard to settlement proposals, Corporate Risk Management began using its CRM mark in the insurance field at least as early as 1979 and many years before Compensation Risk Managers adopted its CRM and CRM HOLDINGS marks in the same or related field. As the senior user of the CRM mark, Corporate Risk Management

said it would listen to your client's settlement proposal. However, despite its junior status, Compensation Risk Managers simply presented the settlement position that Corporate Risk Management should consent to the CRM and CRM HOLDINGS marks or, as Compensation Risk Managers recently went public, be prepared for protracted litigation. If we are missing other aspects of the settlement proposal, we would look forward to a recap in writing.

Compensation Risk Managers is overdue and late in responding to interrogatories and discovery requests, and has waived its right to make objections. Corporate Risk Management will agree to the requested further four (4) week extension to provide responses and documents provided that the documents and other responses are delivered to our offices by July 31, 2007, **without objections**, and that Compensation Risk Managers agrees to a further 60-day extension of the discovery period and other subsequent scheduled dates.

I am presently out of the office for the July 4th holiday, but will return to my office on July 6, 2007, if you would like to discuss any aspect of this matter.

Best regards,
John

John E. Lyhus
Fitch, Even, Tabin & Flannery
120 S. LaSalle Street
Chicago, IL 60603-3406
312-577-7000
fax: 312-577-7007
jelyh@fitcheven.com

This e-mail, as well as the documents accompanying this e-mail, contain information from the law firm of Fitch, Even, Tabin & Flannery which may be confidential and/or legally privileged. These documents are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient or an agent responsible for delivering these documents to the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received this e-mail in error, please immediately notify the Firm at 312-577-7000 and delete or destroy all electronic or hard copies of the email and any attachments thereto. Thank you.


>>> On 7/2/2007 at 8:51 AM, "Sharinn, Todd S." <Todd.S.Sharinn@BAKERNET.com> wrote:
> Dear John,
>
> Thank you for your email. We had understood the situation to be that we are engaging in settlement discussions and refrained from submitting our response or any documents in order to avoid unnecessary fees on both sides. However, when we spoke last you seemed less optimistic about settling this matter and we take it from your email that you are no longer interested in settling at all.
>
> In light of settlement no longer being an option, we kindly ask you to allow us a further period of four (4) weeks to comply with the requests set forth in your Interrogatories and Request for Documents and Things. Please confirm.
>
> In the meantime, we will review the Protective Order you submitted to us and will send you our comments as soon as possible.
>
> We also look forward to resolving this matter.
>
> Please call me if you wish to discuss this matter further.
>
> Best regards,

Todd
Todd S. Sharinn
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: + 1 212 891 3790
Fax: +1 212 310 1790
Cel:  +1 917 282 5546
todd.s.sharinn@bakernet.com

---

**From:** John E. Lyhus [mailto:jelyh@fitcheven.com]
**Sent:** Friday, June 29, 2007 3:14 PM
**To:** Sharinn, Todd S.
**Cc:** Darlene Wallace; Joseph Nabor
**Subject:** Corporate Risk Management, Inc. v. Compensation Risk Managers,LLC - Opp. No. 91175833

Re: Interrogatories, Document Requests and Protective Order

Todd,

On May 17, 2007, we served a first set of Interrogatories and Request for Documents and Things on Compensation Risk Managers, LLC.  We have not yet received responses or production of documents, which were due June 21, 2007.  TBMP Section 527.01(c) provides for the waiver of objections to discovery where a party makes untimely responses to discovery requests.

In addition, to further the exchange of information between the parties, on May 17, 2007 we also sent a draft Protective Order based on the model form available on the TTAB website.  We have not received any comments or proposed revisions to this draft.

Corporate Risk Management requires responses and production of documents to prepare its case involving the parties' respective CRM marks, and to consider the basis for potential settlement, if reasonable.  In the interest of moving the case forward, please let us know of any reason why we cannot expect your client's responses to the Interrogatories and Request for Documents by no later than July 3, 2007 **without raising objections**.  By this same date, we also ask for the execution of the Protective Order as presented, or comments and proposed revisions.

We look forward to resolving this matter.  Please contact us with any questions or if you would like to further discuss any aspect of this proceeding.

Best regards,
John Lyhus


John E. Lyhus
Fitch, Even, Tabin & Flannery
120 S. LaSalle Street
Chicago, IL  60603-3406
312-577-7000
fax: 312-577-7007
jelyh@fitcheven.com

This e-mail, as well as the documents accompanying this e-mail, contain information from the law firm of Fitch, Even, Tabin & Flannery which may be confidential and/or legally privileged.  These documents are

intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient or an agent responsible for delivering these documents to the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received this e-mail in error, please immediately notify the Firm at 312-577-7000 and delete or destroy all electronic or hard copies of the email and any attachments thereto. Thank you.

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Click here or visit www.bakernet.com/disclaimer_bm for other important information concerning this message.