UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008
```

CRM HOLDINGS, LTD. and
COMPENSATION RISK MANAGERS, LLC

PLAINTIFFS

v.                                          Civil Action No.
                                            07-CV-6399 (PAC)

CORPORATE RISK MANAGEMENT, INC.

DEFENDANT

### STIPULATED DISMISSAL ORDER

The matters having been settled by the parties and the parties stipulating to dismissal as shown below, it is hereby ordered that all claims at issue in this litigation are dismissed with prejudice, each party to bear its own costs and attorneys fees.

Date: 3/6, 2008                              Date: 2/12, 2008

So stipulated:                               So stipulated:
ABELMAN FRAYNE & SCHWAB                      BAKER & McKENZIE

_____              _____
Anthony A. Coppola (AC 3548)                 Todd S. Sharinn (TS 0581)
666 Third Avenue                             1114 Avenue of the Americas
New York, NY 10017                           New York, NY 10036
(Tel) (212) 949-9022                         (Tel) (212) 891-3790
(Fax) (212) 949-9190                         (Fax) (212) 310-1790

FITCH, EVEN, TABIN & FLANNERY                Attorney for Plaintiffs
Karl R. Fink
Nicholas T. Peters
120 South LaSalle Street
Suite 1600 Chicago, IL 60603
(Tel) (312) 577-7000
(Fax) (312) 577-7007

Attorneys for Defendant

SO ORDERED: MAR 0 7 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE